UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 SEP 24  PM 3: 45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| In Re: ) | |
| ) | |
| Request for Judicial Assistance from the ) | Misc. No. **A18MC0811LY** |
| 23rd Labor Court of Belo Horizonte in ) | |
| Minas Gerais, Brazil in the Matter of ) | |
| Igor Del Ventura Rodrigues ) | |
| v. Shure Incorporated ) | |

### APPLICATION OF THE UNITED STATES FOR AN
### EX PARTE ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Trial Attorney at the United States Department of Justice, Civil Division, Office of Foreign Litigation, as Commissioner for the purposes of obtaining testimony from Denise Nino. Certain information has been requested by the 23rd Labor Court of Belo Horizonte in Minas Gerais, Brazil and pursuant to a Letter of Request issued by that court in connection with a civil judicial proceeding in that court captioned *Igor Del Ventura Rodrigues v. Shure Incorporated*, Foreign Reference Number: 293/2017.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated:  Washington, D.C.
        September 24, 2018

                                Respectfully submitted,

                                JOHN F. BASH
                                United States Attorney

                                JODY HUNT
                                Assistant Attorney General
                                Civil Division, United States Department of Justice

                                JEANNE E. DAVIDSON
                                Director, Office of International Judicial Assistance
                                Civil Division, United States Department of Justice

                        By:     /s/ Kossenova
                                KATERINA OSSENOVA
                                Trial Attorney
                                United States Department of Justice, Civil Division
                                Office of International Judicial Assistance
                                1100 L Street, NW
                                Room 8102
                                Washington, DC 20530
                                Telephone: 202-353-0194
                                Email: Katerina.V.Ossenova@usdoj.gov